# Exhibit B

**PECHMAN LAW GROUP PLLC**
ATTORNEYS AT LAW
488 MADISON AVENUE
NEW YORK, NEW YORK 10022
(212) 583-9500
WWW.PECHMANLAW.COM

July 21, 2025

**CONFIDENTIAL AND PRIVILEGED**
**ATTORNEY - CLIENT COMMUNICATION**

Fahri Cetinyurek
[redacted]

Re: Retainer Agreement

Dear Mr. Cetinyurek:

You have requested that Pechman Law Group PLLC (the "Firm") represent you in connection with your wage payment and discrimination claims against your employer Do&Co New York Catering, Inc ("Do&Co"). Depending on the results of an investigation, the Firm will represent you subject to the terms described in this contract.

You give the Firm the exclusive right to negotiate informally with Do&Co to try to resolve your claims without starting a lawsuit in court. However, you also grant the Firm the discretion and exclusive right to litigate your claim and file a lawsuit in the United States District Court for the Eastern District of New York or in the Supreme Court of the State of New York, Queens County. In all cases, we will take whatever action we determine is appropriate, consistent with our knowledge of the law, and after consulting with you, so as to better represent your interests as you have described them to us. Although we will use our most diligent efforts to represent you in this case, we cannot guarantee or predict the final outcome. This contract does **not** cover petitions or litigation in appellate courts.

You acknowledge and agree that your claim may be litigated by the Firm in conjunction with the litigation of claims for unpaid wages of other current or former employees of Do&Co. In such cases, you understand that information received from one client will be disclosed to the other clients in the representation, and information learned by the Firm will be disclosed to all clients in the representation equally. You also understand that the Firm reserves the right to withdraw from the representation if the Firm concludes that a conflict of interest exists between or among the clients and/or the Firm.

You have been offered the option of retaining our services on our hourly rate for prosecuting wage-and-hour cases (*i.e.* $600 per hour) but have specifically requested that our retainer be structured as a contingency fee. This contingency fee will be calculated as follows:

1. *Contingency Fee* - In the event that your claims are resolved by settlement between you and Do&Co, or the matter is fully litigated and results in a judgment in your favor, you agree to pay the Firm, as its fees for legal services rendered, one-third (*i.e.*, 33.33%) of the gross aggregate monetary recovery, including costs as taxed, prejudgment interest, and attorneys' fees awarded. Such percentage shall be computed on the net sum recovered after deducting from the gross amount recovered any out-of-pocket expenses and disbursements including but not limited to the costs of serving and filing legal documents, photocopying, postage, transcripts of court proceedings and depositions, travel, messenger fees, expert testimony, and any other services properly chargeable to the enforcement of the claim or prosecution of the action.

2. *Statutory Fee* - You authorize the Firm to seek an award of attorneys' fees against Do&Co for the full value of legal services rendered. In the event such an award is made, the fees paid to the Firm shall be greater of (i) the full amount of attorneys' fees awarded by the court and paid by Do&Co, or, (ii) the fees payable in accordance with the contingency arrangement described in Paragraph 1.

3. *Settlement Without Consent* - If the Claims are settled by you without the consent of the Firm, you agree to pay the Firm the contingency fee described in paragraph 1 based on the full amount of the settlement recovery for your benefit to whomever paid or whatever called. The Firm shall have, in the alternative, the option of seeking compensation on a quantum meruit basis to be determined by the court. In such circumstances, the court would determine the fair value of the services rendered and the Firm shall have, in addition, its taxable costs, disbursements, and attorneys' fees.

4. *Retention of Documents* - Until the conclusion of this matter, you must preserve and maintain all documents and electronic records or files in your possession or control that relate to your employment in any way. These electronic records include, but are not limited to documents in paper format as well as electronic information stored in work or personal home computers, laptops, PDAs, thumb drives, cell phones, external hard drives, CDs, DVDs, voicemail, video, social networking websites, online email accounts, blogs or other storage media.

5. Should a dispute arise between us over the payment of fees, you may have a right to arbitrate the dispute under the New York State Fee Dispute Resolution Program.

If these terms are acceptable to you, kindly sign the original of this retainer letter and return it to me.

We thank you for entrusting this matter to the Firm and look forward to working with you.

Sincerely yours,

PECHMAN LAW GROUP PLLC

By: *_/s/ Louis Pechman_*
Louis Pechman

Accepted and agreed to:

[signature]

Fahri Cetinyurek

Dated: 7.21.2025

PECHMAN LAW GROUP PLLC
ATTORNEYS AT LAW
488 MADISON AVENUE
NEW YORK, NEW YORK 10022
(212) 583-9500
WWW.PECHMANLAW.COM

July 21, 2025

**CONFIDENTIAL AND PRIVILEGED**
**ATTORNEY - CLIENT COMMUNICATION**

Kenan Atmaca
[redacted]

Re: Retainer Agreement

Dear Mr. Atmaca:

You have requested that Pechman Law Group PLLC (the "Firm") represent you in connection with your wage payment and discrimination claims against your employer Do&Co New York Catering, Inc ("Do&Co"). Depending on the results of an investigation, the Firm will represent you subject to the terms described in this contract.

You give the Firm the exclusive right to negotiate informally with Do&Co to try to resolve your claims without starting a lawsuit in court. However, you also grant the Firm the discretion and exclusive right to litigate your claim and file a lawsuit in the United States District Court for the Eastern District of New York or in the Supreme Court of the State of New York, Queens County. In all cases, we will take whatever action we determine is appropriate, consistent with our knowledge of the law, and after consulting with you, so as to better represent your interests as you have described them to us. Although we will use our most diligent efforts to represent you in this case, we cannot guarantee or predict the final outcome. This contract does **not** cover petitions or litigation in appellate courts.

You acknowledge and agree that your claim may be litigated by the Firm in conjunction with the litigation of claims for unpaid wages of other current or former employees of Do&Co. In such cases, you understand that information received from one client will be disclosed to the other clients in the representation, and information learned by the Firm will be disclosed to all clients in the representation equally. You also understand that the Firm reserves the right to withdraw from the representation if the Firm concludes that a conflict of interest exists between or among the clients and/or the Firm.

You have been offered the option of retaining our services on our hourly rate for prosecuting wage-and-hour cases (*i.e.* $600 per hour) but have specifically requested that our retainer be structured as a contingency fee. This contingency fee will be calculated as follows:

1. *Contingency Fee* - In the event that your claims are resolved by settlement between you and Do&Co, or the matter is fully litigated and results in a judgment in your favor, you agree to pay the Firm, as its fees for legal services rendered, one-third (*i.e.*, 33.33%) of the gross aggregate monetary recovery, including costs as taxed, prejudgment interest, and attorneys' fees awarded. Such percentage shall be computed on the net sum recovered after deducting from the gross amount recovered any out-of-pocket expenses and disbursements including but not limited to the costs of serving and filing legal documents, photocopying, postage, transcripts of court proceedings and depositions, travel, messenger fees, expert testimony, and any other services properly chargeable to the enforcement of the claim or prosecution of the action.

2. *Statutory Fee* - You authorize the Firm to seek an award of attorneys' fees against Do&Co for the full value of legal services rendered. In the event such an award is made, the fees paid to the Firm shall be greater of (i) the full amount of attorneys' fees awarded by the court and paid by Do&Co, or, (ii) the fees payable in accordance with the contingency arrangement described in Paragraph 1.

3. *Settlement Without Consent* - If the Claims are settled by you without the consent of the Firm, you agree to pay the Firm the contingency fee described in paragraph 1 based on the full amount of the settlement recovery for your benefit to whomever paid or whatever called. The Firm shall have, in the alternative, the option of seeking compensation on a quantum meruit basis to be determined by the court. In such circumstances, the court would determine the fair value of the services rendered and the Firm shall have, in addition, its taxable costs, disbursements, and attorneys' fees.

4. *Retention of Documents* - Until the conclusion of this matter, you must preserve and maintain all documents and electronic records or files in your possession or control that relate to your employment in any way. These electronic records include, but are not limited to documents in paper format as well as electronic information stored in work or personal home computers, laptops, PDAs, thumb drives, cell phones, external hard drives, CDs, DVDs, voicemail, video, social networking websites, online email accounts, blogs or other storage media.

5. Should a dispute arise between us over the payment of fees, you may have a right to arbitrate the dispute under the New York State Fee Dispute Resolution Program.

If these terms are acceptable to you, kindly sign the original of this retainer letter and return it to me.

We thank you for entrusting this matter to the Firm and look forward to working with you.

Sincerely yours,

PECHMAN LAW GROUP PLLC

By: */s/ Louis Pechman*
Louis Pechman

Accepted and agreed to:

Kenan Atmaca

Dated: 07.21.2025