# Exhibit C

PECHMAN LAW GROUP PLLC
Labor & Employment Attorneys

488 Madison Avenue, Suite 1704
New York, New York 10022
Phone: (212) 583-9500
www.pechmanlaw.com

# INVOICE

Invoice # 1026
Date: 05/29/2026

Fahri Cetinyurek
[redacted]

## Do & Co Catering

### Services

| Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| GB | 07/24/2025 | Discussion with Abarca re receipt of any additional documents from clients. | 0.10 | $600.00 | $60.00 |
| GB | 07/29/2025 | Discussion with Pechman re meeting with clients. | 0.10 | $600.00 | $60.00 |
| LP | 07/29/2025 | Discussion with Baynes re: meeting with clients. | 0.10 | $750.00 | $75.00 |

| | | | | | |
|---|---|---|---|---|---|
| GB | 08/12/2025 | Review documents forwarded by clients including schedules and WhatsApp chains. | 0.30 | $600.00 | $180.00 |
| GB | 08/12/2025 | Draft lite damages with and without 40 hour presumption to aid in demand letter drafting. | 0.50 | $600.00 | $300.00 |
| GB | 08/12/2025 | Draft demand letter and BCL notice and send to Pechman for review. | 0.80 | $600.00 | $480.00 |
| LP | 08/12/2025 | Review and revise demand letter. | 0.30 | $750.00 | $225.00 |
| GB | 08/13/2025 | WhatsApp to Cetinyurek scheduling call for demand letter review. | 0.10 | $600.00 | $60.00 |
| GB | 08/13/2025 | Telephone call with Cetinyurek reviewing demand letter. | 0.20 | $600.00 | $120.00 |
| GB | 08/13/2025 | Revise demand letter following call with Cetinyurek. | 0.20 | $600.00 | $120.00 |
| GB | 08/14/2025 | Finalize and print demand letter and BCL notice for mailing. | 0.20 | $600.00 | $120.00 |
| GB | 08/19/2025 | WhatsApp to Cetinyurek re demand letter issued. | 0.10 | $600.00 | $60.00 |
| GB | 08/22/2025 | Discussion with | 0.10 | $600.00 | $60.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | Abarca re message from Fahri re pending payroll check. | | | |
| GB | 08/22/2025 | Discussion with Fahri re picking up final payroll check | 0.10 | $600.00 | $60.00 |
| CA | 08/22/2025 | Discussion with Baynes re message from Cetinyurek re pending payroll check. | 0.10 | $125.00 | $12.50 |
| GB | 08/29/2025 | Review correspondence from Kappner re scheduling call re demand letter; responsive email to Kappner scheduling call. | 0.10 | $600.00 | $60.00 |
| GB | 09/03/2025 | Email to Kappner confirming initial call. | 0.10 | $600.00 | $60.00 |
| GB | 09/03/2025 | Review file prior to call with Kappner. | 0.20 | $600.00 | $120.00 |
| GB | 09/03/2025 | Zoom conference with Kappner re claims and path forward. | 0.30 | $600.00 | $180.00 |
| GB | 09/05/2025 | Review damages calculations and consider approach re discrimination damages prior to call with clients. | 0.30 | $600.00 | $180.00 |
| GB | 09/05/2025 | Zoom conference with Cetinyurek re prior demand letter, call with DoCo attorney, | 0.30 | $600.00 | $180.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | and damages for demand. | | | |
| GB | 09/05/2025 | WhatsApp with clients re potential relocation outside of United States. | 0.10 | $600.00 | $60.00 |
| GB | 09/08/2025 | Revise damages and draft explanatory email and send same to Kappner. | 0.90 | $600.00 | $540.00 |
| GB | 09/17/2025 | Email to Kappner nudging re response to damages calculations. | 0.10 | $600.00 | $60.00 |
| GB | 09/24/2025 | Email to Kapner nudging re status of response to damages calculations. | 0.10 | $600.00 | $60.00 |
| GB | 10/03/2025 | Email to Kapner with ultimatum for response on prelitigation negotiations. | 0.10 | $600.00 | $60.00 |
| GB | 10/03/2025 | WhatsApp with clients re status. | 0.10 | $600.00 | $60.00 |
| GB | 10/13/2025 | Discussion with Abarca re status inquiry from clients. | 0.10 | $600.00 | $60.00 |
| CA | 10/13/2025 | Discussion with Baynes re status inquiry from clients. | 0.10 | $125.00 | $12.50 |
| GB | 10/15/2025 | Zoom conference with clients re status. | 0.20 | $600.00 | $120.00 |
| GB | 10/31/2025 | Begin drafting | 0.30 | $600.00 | $180.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | complaint. | | | |
| GB | 11/04/2025 | Perform additional corporate research into parent-subsidiary relationship between Do&Co NY and Do&Co AG. | 0.40 | $600.00 | $240.00 |
| GB | 11/04/2025 | Continue drafting complaint. | 0.90 | $600.00 | $540.00 |
| GB | 11/04/2025 | Finalize complaint for provision to opposing counsel. | 0.10 | $600.00 | $60.00 |
| GB | 11/04/2025 | WhatsApp to clients sharing draft complaint for review. | 0.10 | $600.00 | $60.00 |
| GB | 11/04/2025 | Email to Kappner providing draft complaint. | 0.10 | $600.00 | $60.00 |
| LP | 11/07/2025 | Review and revise complaint. | 0.30 | $750.00 | $225.00 |
| GB | 11/10/2025 | Finalize complaint for filing. | 0.30 | $600.00 | $180.00 |
| GB | 11/10/2025 | Prepare civil cover sheet. | 0.10 | $600.00 | $60.00 |
| GB | 11/10/2025 | Discussion with Pechman re complaint filing. | 0.10 | $600.00 | $60.00 |
| GB | 11/10/2025 | Additional corporate research and review of previous federal complaints against Do&Co. | 0.40 | $600.00 | $240.00 |

| | | | | | |
|---|---|---|---|---|---|
| GB | 11/10/2025 | File complaint. | 0.20 | $600.00 | $120.00 |
| GB | 11/10/2025 | Prepare and file notice of appearance. | 0.10 | $600.00 | $60.00 |
| GB | 11/10/2025 | Download ECF filed documents and save filing fee expense. | 0.10 | $600.00 | $60.00 |
| GB | 11/12/2025 | Review clerk filing re summons resubmission. | 0.10 | $600.00 | $60.00 |
| GB | 11/12/2025 | Refile proposed summons. | 0.10 | $600.00 | $60.00 |
| GB | 11/12/2025 | Email to Zelman re representation of Do&Co. | 0.10 | $600.00 | $60.00 |
| GB | 11/17/2025 | Email to Zelman requesting confirmation of Do&Co representation and acceptance of service. | 0.10 | $600.00 | $60.00 |
| GB | 11/17/2025 | Review correspondence from Zelman re representation confirmation pending. | 0.10 | $600.00 | $60.00 |
| GB | 11/19/2025 | Review mediation referral order and calendar deadlines. | 0.10 | $600.00 | $60.00 |
| GB | 11/25/2025 | Review status of pending proposed summons. | 0.10 | $600.00 | $60.00 |
| GB | 12/02/2025 | Review correspondence from | 0.10 | $600.00 | $60.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | Zelman re appearance on behalf of Do&Co. | | | |
| GB | 12/02/2025 | Correspondence with Zelman scheduling call. | 0.10 | $600.00 | $60.00 |
| GB | 12/04/2025 | Review file prior to call with Zelman. | 0.20 | $600.00 | $120.00 |
| GB | 12/04/2025 | Zoom conference with Zelman and Bahrenberg re claims. | 0.20 | $600.00 | $120.00 |
| GB | 12/04/2025 | Review status of summons filing by clerk. | 0.10 | $600.00 | $60.00 |
| GB | 12/04/2025 | Review Do&Co entity status in light of Zelman representation that service will not be accepted. | 0.10 | $600.00 | $60.00 |
| GB | 12/04/2025 | Review waiver of service request rules in light of Zelman representation that service will not be waived. | 0.10 | $600.00 | $60.00 |
| GB | 12/04/2025 | Prepare and serve waiver of service request and waiver form. | 0.20 | $600.00 | $120.00 |
| GB | 12/05/2025 | Review issue with absence of docket filing from court mediation scheduling order. | 0.10 | $600.00 | $60.00 |

| | | | | | |
|---|---|---|---|---|---|
| GB | 12/05/2025 | Attempt to reach clerk's office re status of summons issuance. | 0.10 | $600.00 | $60.00 |
| GB | 12/05/2025 | Attempt to reach J. Kaminsky chambers re absence of docketed discovery and mediation order. | 0.10 | $600.00 | $60.00 |
| GB | 12/05/2025 | Leave voice message for Hernandez (J. Kaminsky clerk) re absence of document attachment to order re discovery and mediation. | 0.10 | $600.00 | $60.00 |
| GB | 12/05/2025 | Download summons issued as to Do&Co. | 0.10 | $600.00 | $60.00 |
| GB | 12/08/2025 | Telephone call with J. Kaminsky court deputy re mediation referral and discovery order. | 0.10 | $600.00 | $60.00 |
| GB | 12/09/2025 | Review and calendar mediation and scheduling order deadlines. | 0.20 | $600.00 | $120.00 |
| GB | 12/23/2025 | Send request for service on defendant to Poole. | 0.10 | $600.00 | $60.00 |
| GB | 12/24/2025 | Review Poole correspondence re service of complaint and summons. | 0.10 | $600.00 | $60.00 |
| GB | 01/05/2026 | Review | 0.10 | $600.00 | $60.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | correspondence from Zelman re service and request for damages. | | | |
| GB | 01/05/2026 | Correspondence to Poole re status of service. | 0.10 | $600.00 | $60.00 |
| GB | 01/06/2026 | Review Rosado v. Do&Co complaint and answer and current docket status. | 0.20 | $600.00 | $120.00 |
| GB | 01/06/2026 | Review complaint, answer, and settlement filings in Lebya v. Do&Co matter. | 0.40 | $600.00 | $240.00 |
| GB | 01/06/2026 | Revise damages post-filing and draft correspondence to Zelman attaching Excel damages and accompanying explanation. | 0.40 | $600.00 | $240.00 |
| GB | 01/07/2026 | WhatsApp with clients re status. | 0.10 | $600.00 | $60.00 |
| GB | 01/07/2026 | Review affidavit of service provided by Poole. | 0.10 | $600.00 | $60.00 |
| GB | 01/07/2026 | File affidavit of service as to Do&Co. | 0.10 | $600.00 | $60.00 |
| GB | 01/07/2026 | Download Zelman, Balken, and Bahrenburg notices of appearance. | 0.10 | $600.00 | $60.00 |
| GB | 01/07/2026 | Calendar answer | 0.10 | $600.00 | $60.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | deadline. | | | |
| GB | 01/08/2026 | Consider responsive approach to Zelman request for productions. | 0.10 | $600.00 | $60.00 |
| GB | 01/14/2026 | Discussion with Abarca re WhatsApp message from clients re status. | 0.10 | $600.00 | $60.00 |
| GB | 01/14/2026 | Scan and save service receipt. | 0.10 | $600.00 | $60.00 |
| CA | 01/14/2026 | Discussion with Baynes re WhatsApp message from clients re status. | 0.10 | $125.00 | $12.50 |
| GB | 01/28/2026 | Review correspondence from Balken re request for 30 day extension of time to answer. | 0.10 | $600.00 | $60.00 |
| GB | 01/28/2026 | Review mediation scheduling order. | 0.10 | $600.00 | $60.00 |
| GB | 01/28/2026 | Responsive email to Balken re request for 30 day extension to answer. | 0.10 | $600.00 | $60.00 |
| GB | 01/29/2026 | Review motion for extension of time to answer. | 0.10 | $600.00 | $60.00 |
| GB | 01/29/2026 | Review order granting motion for extension of time to answer and calendar deadline. | 0.10 | $600.00 | $60.00 |

| | | | | | |
|---|---|---|---|---|---|
| GB | 03/02/2026 | Initial review of arbitration agreement for Atmaca produced by Zelman and correspondence to Pechman and Decker re same. | 0.20 | $600.00 | $120.00 |
| LP | 03/03/2026 | Review Baynes' email, attachments, and posture of the case re: arbitration. | 0.20 | $750.00 | $150.00 |
| GB | 03/03/2026 | Further review of arbitration agreement for Atmaca produced by Zelman and initial research into enforcement defenses. | 0.40 | $600.00 | $240.00 |
| GB | 03/03/2026 | Review and revise motion for extension of time to answer complaint. | 0.10 | $600.00 | $60.00 |
| GB | 03/03/2026 | Responsive correspondence to Zelman re extension request in light of arbitration agreement produced for Atmaca. | 0.10 | $600.00 | $60.00 |
| GB | 03/03/2026 | Review motion for extension of time to answer filed by defendants. | 0.10 | $600.00 | $60.00 |
| GB | 03/04/2026 | WhatsApps with clients scheduling meeting re Atmaca arbitration agreement produced by Zelman. | 0.10 | $600.00 | $60.00 |

| | | | | | |
|---|---|---|---|---|---|
| GB | 03/04/2026 | Review and make preparation notes on potential objections to arbitration agreement enforcement prior to meeting with clients. | 0.20 | $600.00 | $120.00 |
| GB | 03/04/2026 | Meeting with Centinyurek and Atmaca re Atmaca arbitration agreement, approach in response to same, and impact on case. | 0.30 | $600.00 | $180.00 |
| GB | 03/04/2026 | Debrief client meeting on arbitration agreement with Pechman. | 0.10 | $600.00 | $60.00 |
| GB | 03/04/2026 | Correspondence to Zelman scheduling call re arbitration issue. | 0.10 | $600.00 | $60.00 |
| GB | 03/04/2026 | Discussion with Pechman re meeting with Zelman on arbitration and approach. | 0.10 | $600.00 | $60.00 |
| LP | 03/04/2026 | Discussions with Baynes re: debrief client meeting on arbitration agreement; re: meeting with Zelman on arbitration and approach. | 0.20 | $750.00 | $150.00 |
| GB | 03/05/2026 | Create talking point notes prior to call with Zelman. | 0.10 | $600.00 | $60.00 |

| | | | | | |
|---|---|---|---|---|---|
| GB | 03/05/2026 | Zoom conference with Zelman re Atmaca arbitration agreement and approach re same, interest in global resolution. | 0.30 | $600.00 | $180.00 |
| GB | 03/09/2026 | Review correspondence from Zelman re stipulation to arbitration for Atmaca. | 0.10 | $600.00 | $60.00 |
| GB | 03/11/2026 | Review correspondence from Balken re stipulation on arbitration for Atmaca. | 0.10 | $600.00 | $60.00 |
| GB | 03/11/2026 | Further review of Atmaca arbitration agreement produced by Zelman for determinations on any potential issues re fee shifting, required notices, and breach of arbitration agreement claims. | 0.30 | $600.00 | $180.00 |
| GB | 03/11/2026 | Research into FAA and stays pending arbitration vs. dismissals. | 0.30 | $600.00 | $180.00 |
| GB | 03/11/2026 | Revise and execute stipulation to stay Atmaca claims pending arbitration and correspondence to Zelman re same. | 0.30 | $600.00 | $180.00 |

| | | | | | |
|---|---|---|---|---|---|
| GB | 03/11/2026 | Review Zelman correspondence re filing of arbitration stipulation for Atmaca and answer for Cetinyurek. | 0.10 | $600.00 | $60.00 |
| GB | 03/18/2026 | Review filed stipulation to arbitrate as to Atmaca. | 0.10 | $600.00 | $60.00 |
| GB | 03/18/2026 | Initial review of defendants' answer. | 0.20 | $600.00 | $120.00 |
| GB | 03/24/2026 | Review Atmaca arbitration agreement for determinations re arbitration filing process. | 0.20 | $600.00 | $120.00 |
| GB | 03/24/2026 | Review JAMS filing instructions. | 0.20 | $600.00 | $120.00 |
| GB | 03/24/2026 | Draft arbitration demand and notice of claim. | 0.60 | $600.00 | $360.00 |
| GB | 03/24/2026 | Review order entering stipulation to stay pending arbitration as to Atmaca. | 0.10 | $600.00 | $60.00 |
| GB | 03/24/2026 | Review Zelman request to stipulate to AAA for arbitration. | 0.10 | $600.00 | $60.00 |
| GB | 03/24/2026 | Discussion with Pechman re respondent's request to change arbitral forum. | 0.10 | $600.00 | $60.00 |
| GB | 03/24/2026 | Responsive | 0.10 | $600.00 | $60.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | correspondence to Zelman re request to stipulation to change arbitration forum to AAA. | | | |
| GB | 03/24/2026 | Review and respond to additional Zelman correspondence re request to change arbitral forum. | 0.10 | $600.00 | $60.00 |
| GB | 03/24/2026 | Finalize arbitration demand and prepare exhibits for filing. | 0.20 | $600.00 | $120.00 |
| GB | 03/24/2026 | File arbitration demand. | 0.50 | $600.00 | $300.00 |
| LP | 03/24/2026 | Discussion with Baynes re: respondent's request to change arbitral forum. | 0.10 | $750.00 | $75.00 |
| GB | 03/25/2026 | Review JAMS service requirements and prepare proof of service. | 0.20 | $600.00 | $120.00 |
| GB | 03/25/2026 | File proof of service with JAMS. | 0.10 | $600.00 | $60.00 |
| GB | 03/25/2026 | Review correspondence from Zelman re settlement discussions. | 0.10 | $600.00 | $60.00 |
| CA | 03/25/2026 | Printing and preparing proof of service to send out via USPS | 0.20 | $125.00 | $25.00 |
| GB | 03/30/2026 | Review Zelman | 0.10 | $600.00 | $60.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | correspondence serving counterdamages and wage records. | | | |
| GB | 03/30/2026 | Download corrected plaintiff records forwarded by Balken. | 0.10 | $600.00 | $60.00 |
| GB | 03/30/2026 | Initial review of defendants' counterdamages and responsive email to Balken re same. | 0.20 | $600.00 | $120.00 |
| GB | 04/02/2026 | Review and separate out time entry records and wage statements for Centinyurek and Atmaca produced by defendants. | 0.40 | $600.00 | $240.00 |
| GB | 04/02/2026 | WhatsApp with clients providing time entry reports for review. | 0.10 | $600.00 | $60.00 |
| GB | 04/02/2026 | Correspondence to Zelman and Balken requesting Excel copy of defendnats' damages calculations. | 0.10 | $600.00 | $60.00 |
| GB | 04/02/2026 | Zoom conference with clients reviewing documentation provided by defendants and re approach in response. | 0.40 | $600.00 | $240.00 |
| GB | 04/08/2026 | Continued review of payroll and time records produced by | 1.40 | $600.00 | $840.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | defendants and revise damages calculations to incorporate same and take notes re discrepancies for response to Zelman. | | | |
| GB | 04/08/2026 | Review JAMS correspondence re matter registration. | 0.10 | $600.00 | $60.00 |
| GB | 04/08/2026 | Run cross checks on Atmaca time records against defendant's damages calculations. | 0.50 | $600.00 | $300.00 |
| GB | 04/08/2026 | Revise damages calculations for rebuttal based on defendant's records. | 0.40 | $600.00 | $240.00 |
| GB | 04/09/2026 | Run hours cross checks against Cetinyurek data to finalize response to Zelman. | 0.40 | $600.00 | $240.00 |
| GB | 04/09/2026 | Finalize damages calculations and correspondence to Zelman re disputes on records and send same to Zelman. | 0.40 | $600.00 | $240.00 |
| GB | 04/14/2026 | Review correspondence from Brancato re JAMS retainer invoice. | 0.10 | $600.00 | $60.00 |
| GB | 04/16/2026 | Review Zelman correspondence re disputes over damages | 0.40 | $600.00 | $240.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | calculations and settlement offer and calculate allocations based on same. | | | |
| GB | 04/16/2026 | Consider approach on damages revisions for settlement in light of further information produced by Zelman. | 0.10 | $600.00 | $60.00 |
| GB | 04/16/2026 | WhatsApp with clients re settlement offer and allocations and re fact questions raised by Zelman. | 0.20 | $600.00 | $120.00 |
| GB | 04/16/2026 | Revise damages calculations for counterdemand. | 0.40 | $600.00 | $240.00 |
| GB | 04/17/2026 | WhatsApps with clients scheduling call. | 0.10 | $600.00 | $60.00 |
| GB | 04/17/2026 | Zoom conference with Cetinyurek and Atmaca re settlement offer and responsive demand. | 0.40 | $600.00 | $240.00 |
| GB | 04/17/2026 | Further review of time entry records for Atmaca and Cetinyurek in light of disputes for determination of most accurate approach on days worked identification. | 0.60 | $600.00 | $360.00 |
| GB | 04/20/2026 | Review JAMS notice of intent and minimum | 0.10 | $600.00 | $60.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | standards filings. | | | |
| GB | 04/20/2026 | Revise Atmaca damages based on records and analysis using no raw out days as reference point for additional hours worked. | 0.40 | $600.00 | $240.00 |
| GB | 04/20/2026 | Revise Cetinyurek damages based on records and analysis using no raw out days as reference point for additional hours worked. | 0.30 | $600.00 | $180.00 |
| GB | 04/20/2026 | Further revisions to damages incorporating defendants' representations re days scheduled but not worked. | 0.50 | $600.00 | $300.00 |
| GB | 04/20/2026 | Responsive correspondence to Zelman conveying revised settlement demand and re fact disputes. | 0.30 | $600.00 | $180.00 |
| GB | 04/20/2026 | Review responsive correspondence from Zelman re individual damages calculations. | 0.10 | $600.00 | $60.00 |
| GB | 04/22/2026 | Review Zelman correspondence for individual settlement allocations between plaintiffs. | 0.10 | $600.00 | $60.00 |

| | | | | | |
|---|---|---|---|---|---|
| GB | 04/22/2026 | WhatsApp with clients scheduling call re allocations for settlement purposes. | 0.10 | $600.00 | $60.00 |
| GB | 04/22/2026 | Calculate distributions based on different damages formulas and WhatsApp message to clients advising re same. | 0.30 | $600.00 | $180.00 |
| GB | 04/22/2026 | Zoom conference with clients re allocation splits for purposes of settlement discussions. | 0.20 | $600.00 | $120.00 |
| GB | 04/22/2026 | Correspondence to Zelman re allocations between plaintiffs for settlement purposes. | 0.10 | $600.00 | $60.00 |
| GB | 04/22/2026 | Revise allocations following call with clients and confirmation of allocation split approach. | 0.20 | $600.00 | $120.00 |
| LP | 04/22/2026 | Review Baynes' and Zelmans' correspondence. | 0.10 | $750.00 | $75.00 |
| GB | 04/27/2026 | Review Zelman correspondence re settlement offer. | 0.10 | $600.00 | $60.00 |
| GB | 04/27/2026 | Review correspondence from clients re status of settlement response. | 0.10 | $600.00 | $60.00 |

| | | | | | |
|---|---|---|---|---|---|
| GB | 04/27/2026 | Determine client allocations on settlement offer. | 0.10 | $600.00 | $60.00 |
| GB | 04/27/2026 | WhatsApp with clients re settlement offer, allocations, and response. | 0.10 | $600.00 | $60.00 |
| GB | 04/27/2026 | Further correspondence with clients re settlement offer. | 0.10 | $600.00 | $60.00 |
| GB | 04/27/2026 | Revise regular rate calculations for determination on responsive ask. | 0.20 | $600.00 | $120.00 |
| GB | 04/28/2026 | Discussion with Pechman re settlement approach. | 0.10 | $600.00 | $60.00 |
| GB | 04/28/2026 | Correspondence with Zelman scheduling settlement call. | 0.10 | $600.00 | $60.00 |
| LP | 04/28/2026 | Review Baynes' email to Zelman re: settlement offer. | 0.10 | $750.00 | $75.00 |
| LP | 04/28/2026 | Discussion with Baynes re: settlement approach. | 0.10 | $750.00 | $75.00 |
| GB | 04/29/2026 | Discussion with Pechman re settlement approach. | 0.10 | $600.00 | $60.00 |
| GB | 04/29/2026 | Review damages calculations and prepare talking point | 0.20 | $600.00 | $120.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | notes prior to call with Zelman. | | | |
| GB | 04/29/2026 | Zoom conference with Zelman re settlement. | 0.30 | $600.00 | $180.00 |
| LP | 04/29/2026 | Discussion with Baynes re: settlement approach. | 0.10 | $750.00 | $75.00 |
| GB | 04/30/2026 | Review OOJ templates for discussion with Zelman. | 0.20 | $600.00 | $120.00 |
| GB | 04/30/2026 | Correspondence with clients re settlement status. | 0.10 | $600.00 | $60.00 |
| GB | 05/01/2026 | Telephone call with Zelman re issues on damages calculations and extrapolations. | 0.20 | $600.00 | $120.00 |
| GB | 05/01/2026 | Review Brancato correspondence re status of fee payment by respondents. | 0.10 | $600.00 | $60.00 |
| GB | 05/05/2026 | Review correspondence from clients re status. | 0.10 | $600.00 | $60.00 |
| GB | 05/05/2026 | Review Zelman correspondence re settlement. | 0.10 | $600.00 | $60.00 |
| GB | 05/05/2026 | Discussion with Pechman re settlement approach. | 0.10 | $600.00 | $60.00 |
| GB | 05/05/2026 | Calculate allocations on settlement offer. | 0.10 | $600.00 | $60.00 |

| | | | | | |
|---|---|---|---|---|---|
| GB | 05/05/2026 | Correspondence to clients conveying settlement offer. | 0.10 | $600.00 | $60.00 |
| LP | 05/05/2026 | Discussion with Baynes re: settlement approach. | 0.10 | $750.00 | $75.00 |
| GB | 05/06/2026 | Prepare talking point notes for settlement call with Zelman. | 0.20 | $600.00 | $120.00 |
| GB | 05/06/2026 | Telephone conference with Zelman re settlement. | 0.10 | $600.00 | $60.00 |
| GB | 05/06/2026 | Review and respond to client messages re settlement. | 0.10 | $600.00 | $60.00 |
| LP | 05/06/2026 | Review correspondence between Baynes and Zelman re: potential settlement. | 0.10 | $750.00 | $75.00 |
| GB | 05/06/2026 | Debrief Zelman call with Pechman. | 0.10 | $600.00 | $60.00 |
| GB | 05/06/2026 | Zoom conference with clients re settlement status and procedures. | 0.20 | $600.00 | $120.00 |
| GD | 05/06/2026 | Review Zelman's offer for 70k. | 0.10 | $400.00 | $40.00 |
| GB | 05/06/2026 | Calculate allocations on final settlement offer. | 0.10 | $600.00 | $60.00 |
| GB | 05/06/2026 | Correspondence to clients re best and final settlement offer. | 0.10 | $600.00 | $60.00 |

| | | | | | |
|---|---|---|---|---|---|
| GB | 05/06/2026 | Consider additional tax, allocation, and payment deadline issues for responsive correspondence to Zelman re settlement in principle. | 0.10 | $600.00 | $60.00 |
| LP | 05/06/2026 | Debrief Zelman call with Baynes. | 0.10 | $750.00 | $75.00 |
| GB | 05/07/2026 | Correspondence to Zelman confirming settlement in principle and re settlement procedure. | 0.20 | $600.00 | $120.00 |
| GB | 05/07/2026 | Review responsive correspondence from Zelman re tax treatment. | 0.10 | $600.00 | $60.00 |
| GB | 05/07/2026 | Responsive correspondence to Zelman re tax treatment of settlement. | 0.10 | $600.00 | $60.00 |
| GB | 05/07/2026 | Correspondence to Zelman re settlement allocations. | 0.10 | $600.00 | $60.00 |
| GB | 05/08/2026 | Correspondence to clients re tax treatment on settlement and collection of W4 and W9 forms. | 0.10 | $600.00 | $60.00 |
| GB | 05/11/2026 | Draft status report re settlement and correspondence to Zelman re approval of | 0.30 | $600.00 | $180.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | same. | | | |
| GB | 05/11/2026 | Finalize and file status report. | 0.10 | $600.00 | $60.00 |
| GD | 05/11/2026 | Review proposed letter to J. Kaminsky re: settlement in principle. | 0.10 | $400.00 | $40.00 |
| GB | 05/11/2026 | Review plaintiffs' W4 and W9 forms and send plaintiff and PLG IRS forms to Zelman. | 0.10 | $600.00 | $60.00 |
| GB | 05/12/2026 | Review order re Cheeks motion deadline and magistrate consent. | 0.10 | $600.00 | $60.00 |
| GB | 05/12/2026 | Correspondence with Zelman re extension request for Cheeks motion submission. | 0.10 | $600.00 | $60.00 |
| GB | 05/12/2026 | Prepare magistrate consent form and send to Zelman. | 0.10 | $600.00 | $60.00 |
| GB | 05/15/2026 | Revise settlement agreement. | 0.50 | $600.00 | $300.00 |
| GB | 05/15/2026 | Review and revise Cheeks motion. | 1.10 | $600.00 | $660.00 |
| GB | 05/15/2026 | Correspondence with clients re status of settlement agreement. | 0.10 | $600.00 | $60.00 |
| GB | 05/15/2026 | Correspondence to Zelman re revised settlement agreement and Cheeks motion. | 0.10 | $600.00 | $60.00 |

| | | | | | |
|---|---|---|---|---|---|
| GB | 05/15/2026 | Responsive correspondence to EDNY mediation office re settlement in principle. | 0.10 | $600.00 | $60.00 |
| LP | 05/15/2026 | Review settlement agreement and Cheeks motion. | 0.20 | $750.00 | $150.00 |
| GB | 05/19/2026 | Correspondence to Zelman re status of revised agreement and Cheeks motion. | 0.10 | $600.00 | $60.00 |
| GB | 05/19/2026 | Review and respond to Zelman correspondence re revisions to settlement agreement and Cheeks motion and extension request. | 0.10 | $600.00 | $60.00 |
| GB | 05/21/2026 | Review motion for extension of time to submit Cheeks motion. | 0.10 | $600.00 | $60.00 |
| GB | 05/27/2026 | Correspondence to Zelman re status of execution copy of settlement agreement. | 0.10 | $600.00 | $60.00 |
| GB | 05/27/2026 | Put settlement agreement into execution copy and correspondence to Zelman and Balken re same. | 0.10 | $600.00 | $60.00 |
| GB | 05/27/2026 | Correspondence with Cetinyurek and | 0.20 | $600.00 | $120.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | Atmaca providing settlement agreement for review and schedule call to review same. | | | |
| GB | 05/27/2026 | Download settlement agreement executed by plaintiffs and execute stipulation of dismissal addendum. | 0.10 | $600.00 | $60.00 |
| GB | 05/27/2026 | Zoom conference with Cetinyurek reviewing questions from clients on settlement agreement. | 0.20 | $600.00 | $120.00 |
| GB | 05/28/2026 | Correspondence to Zelman and Balken providing executed settlement agreement and re magistrate consent stipulation. | 0.10 | $600.00 | $60.00 |
| GB | 05/29/2026 | File fully executed consent to J. Kaminsky jurisdiction. | 0.10 | $600.00 | $60.00 |
| GB | 05/29/2026 | Correspondence with clients providing copy of fully executed settlement agreement. | 0.10 | $600.00 | $60.00 |
| GB | 05/29/2026 | Make final revisions to Cheeks motion and prepare accompanying exhibits and forward same to Zelman and Balken for filing. | 0.40 | $600.00 | $240.00 |

### Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 11/10/2025 | EDNY filing fee. | 1.00 | $405.00 | $405.00 |
| Expense | 01/14/2026 | Service through secretary of state. | 1.00 | $64.40 | $64.40 |
| Expense | 03/24/2026 | JAMS filing fee (Atmaca). | 1.00 | $411.96 | $411.96 |
| | | | | **Total** | **$25,878.86** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1026 | 05/29/2026 | $25,878.86 | $0.00 | $25,878.86 |
| | | | **Outstanding Balance** | **$25,878.86** |
| | | | **Amount in Trust** | **$0.00** |
| | | | **Total Amount Outstanding** | **$25,878.86** |